**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SIPCO, LLC,<br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., COOPER<br>INDUSTRIES, LTD., COOPER WIRING<br>DEVICES, INC., CRESTRON<br>ELECTRONICS, INC., EATON<br>CORPORATION, HAWKING<br>TECHNOLOGIES, INC., HOMESEER<br>TECHNOLOGIES, LLC, INTERMATIC,<br>INC., COOPER MANUFACTURING CO.,<br>INC., SMART HOME SYSTEMS, INC.,<br>WAYNE-DALTON CORP., and X10<br>WIRELESS TECHNOLOGY, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action File No. 2:08cv359<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Stipulation of Dismissal with Prejudice (Doc. __) and agreements

between Plaintiff, SIPCO, LLC and Defendants Cooper Industries, LTD and Cooper Wiring

Devices, Inc., the Court hereby ORDERS pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that this case

be DISMISSED, with all of Plaintiff's claims dismissed with prejudice.

**SIGNED this 29th day of June, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

Houston 4038618v.3